AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

Paul Games, Beatrice Games

v.   CASE NUMBER: 1:CV-08-1269

Lou Ann Hinish   Judge Caldwell

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Upon consideration of Plaintiffs' petition to confirm arbitration award, and the Court having considered the pleadings filed herein, and noting that Defendant, although served, has not opposed the petition, it is Ordered that the arbitration award entered July 25, 2007, against Lou Ann Hinish in the amount of $250,000 in Paul Games and Alice Beatrice Games v. M&T Securities, Inc., M&T Investment Group, Paul Fantaskey, Lou AnnHinish, and John K. Beard, NASD-DR No. 06-04876 is hereby confirmed. The Clerk of Court is directed to enter a judgment in favor of the Plaintiffs and against the Defendant, Lou Ann Hinish, in the sum of $250,000.00. Statutory interest shall accrue from this date until the judgment is paid in full.

Date: May 14, 2009

MARY E. D'ANDREA, Clerk of Court

By) Peter J. Welsh, Deputy Clerk